Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Keith D. Collett, Bar #032453
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
kcollett@jshfirm.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ben M. Khiyar, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Bancroft Tractor Leasing, LLC, a Texas corporation; Rayner Fernandez Vazquez; John Does I-X; and Black and White Corporations I-V, | |
| Defendants. | |

Defendants, Bancroft Tractor Leasing, LLC and Rayner Fernandez Vazquez ("Removing Defendants"), hereby file the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2021-050353, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  As grounds for removal, Removing Defendant states as follows:

## PROCEDURAL HISTORY

1.    The above-captioned case commenced when Plaintiff, Ben M. Kihyar, filed a Complaint in Superior Court in and for Maricopa County, on February 4, 2021 (the "Complaint").  *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit A.

9206516.1

2.     Defendant, Bancroft Tractor Leasing, LLC, was served with the Complaint on February 25, 2021.  Undersigned counsel has been authorized to accept service for Defendant Rayner Vazquez, and service was effectuated via email on March 15, 2021.

**TIMELINESS OF REMOVAL**

3.     Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

4.     This Notice of Removal is filed within thirty (30) days after the Complaint was served of Removing Defendant and, therefore, is timely.  *See* 28 U.S.C. § 1446(b)(1).

5.     A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Maricopa County.  *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit B.

**BASIS OF REMOVAL**

6.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship.  *See* 28 U.S.C. § 1332(a).

7.     Plaintiff's Complaint is based on an incident where he was allegedly struck by a tractor trailer driven by Rayner Vazquez.  Plaintiff's Complaint alleges that Vazquez was operating the tractor trailer within the scope of his employment or under the direction of Removing Defendant.  Plaintiff designated this case as "Tier 3" indicating his claim for damages exceeds $300,000.  Accordingly, the amount in controversy exceeds $75,000.

8.     According to Plaintiff's Complaint, he is a resident of the State of New York and presumably intends to remain there.  He is thus considered a citizen of the State of New York.

9206516.1

2

9191625.1

9.      Defendant Reynar is a resident of the State of Florida and intends to reside there.  He is thus considered a citizen of the State of Florida.

10.      Defendant Bancroft Tractor Leasing, LLC is incorporated in the State of Texas and its principal place of business is in Texas.   Therefore it is considered a citizen of the State of Texas.

11.      Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship.  Since Defendant Vazquez has not been served, his consent for removal is not needed.  Regardless, undersigned counsel personally spoke with Defendant Vazquez and confirmed his consent to removal.

**WHEREFORE**, Defendants, Bancroft Tractor Leasing LLC and Rayner Vazquez request that the above action now pending in the Superior Court in and for Maricopa County be removed to this Court.

DATED this 17th day of March, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Phillip H. Stanfield*
Phillip H. Stanfield
David L. Stout, Jr.
Keith D. Collett
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 17th day of March 2021, I caused the foregoing

3

document to be filed electronically with the Clerk of Court through the CM/ECF System

4

for filing; and served on counsel of record via the Court's CM/ECF system.

5

6

*/s/ Gail Hardin*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28