INDEX OF EXHIBITS

| Ex. No. | DESCRIPTION |
|---------|-------------|
| A. | Pleadings from State Court |
| B. | Notice of Removal Filed in State Court |
| | |

# "EXHIBIT A"

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
2/4/2021 1:24:31 PM
Filing ID 12509136

Person/Attorney Filing: Richard P Traulsen
Mailing Address: 11201 North Tatum Blvd., #110
City, State, Zip Code: Phoenix, AZ 85028
Phone Number: (602)254-6071X262
E-Mail Address: rtraulsen@bmt-law.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016050, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Ben M. Khiyar
Plaintiff(s),
v.
Bancroft Tractor Leasing, LLC, et
al.
Defendant(s).

Case No.  **CV2021-050353**

**SUMMONS**

To: Bancroft Tractor Leasing, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #5391675

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 04, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5391675

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
2/4/2021 1:24:31 PM
Filing ID 12509137

Person/Attorney Filing: Richard P Traulsen
Mailing Address: 11201 North Tatum Blvd., #110
City, State, Zip Code: Phoenix, AZ 85028
Phone Number: (602)254-6071X262
E-Mail Address: rtraulsen@bmt-law.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016050, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Ben M. Khiyar
Plaintiff(s),
v.
Bancroft Tractor Leasing, LLC, et al.
Defendant(s).

Case No.  **CV2021-050353**

**SUMMONS**

To: Rayner Fernandez Vazquez

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
2/4/2021 1:24:31 PM
Filing ID 12509133

1  **BEGAM MARKS & TRAULSEN, P.A.**
2  11201 North Tatum Blvd., Suite 110
   Phoenix, Arizona 85028-6037
3  (602) 254-6071

4  Richard P. Traulsen – State Bar #016050
5  rtraulsen@BMT-law.com

6  *Attorneys for Plaintiff*

7

8                    **SUPERIOR COURT OF ARIZONA**

9                         **MARICOPA COUNTY**

10
    Ben M. Khiyar,                          )   NO. **CV2021-050353**
11                                          )
                                            )
12            Plaintiff,                     )   **COMPLAINT**
                                            )
13  v.                                       )   (Tort Motor Vehicle)
                                            )
14  Bancroft Tractor Leasing, LLC, a Texas  )   (Tier 3 Case)
15  corporation; Rayner Fernandez Vazquez;  )
    John Does I – X; and Black and White     )
16  Corporations I-V,                        )
                                            )
17                                          )
              Defendant.                     )
18                                          )
    _____)
19

20          Plaintiff alleges as follows:

21          1.      Plaintiff Ben M. Khiyar (hereinafter "Plaintiff") is a resident of the State of
    New York.
22
            2.      Upon information and belief, Defendant Rayner Fernandez Vazquez
23
    (hereinafter "Defendant Vazquez") was a resident of the State of Texas.
24
            3.      Upon information and belief, Defendant Bancroft Tractor Leasing, LLC
25
    (hereinafter "Defendant Bancroft") is a foreign corporation with its principal place of
26
    business in Texas, which acting through its agents and/or statutory employees, caused an
27
    event to occur in the State of Arizona out of which the claims that are the subject of this
28

BEGAM
MARKS &
TRAULSEN
A PROFESSIONAL
ASSOCIATION

1    lawsuit arose.

2        4.    Defendant Vazquez caused an event to occur in Mohave County, Arizona

3    which forms the basis for this Complaint.

4        5.    Defendants   JOHN   DOES   I-X   and   BLACK   AND   WHITE

5    CORPORATIONS I-V are individuals, corporations, and/or business entities, whose

6    true names are not presently known to Plaintiff but individually, and/or through their

7    agents or employees, caused an event to occur in the State of Arizona out of which the

8    claims that are the subject of this lawsuit arose.  Plaintiff will move to amend the

9    Complaint when the identity of any such individuals or business entities become known.

10       6.    On June 17, 2019, at approximately 7:12 p.m., both Plaintiff and Defendant

11   Vazquez were travelling westbound on Interstate 40, near milepost 7 in Mohave County,

12   Arizona.

13       7.    Plaintiff and Defendant were both travelling in the No. 2 lane when

14   Defendant crashed into the rear of Plaintiff's tractor trailer.

15       8.    Defendant failed to maintain a proper lookout and therefore failed to notice

16   the speed the tractor trailer ahead of him was travelling.

17       9.    Defendant further failed to control his vehicle causing him to crash into the

18   rear of the tractor trailer ahead of him in violation of A.R.S. 28-701A.

19       10.   Defendant Bancroft is vicariously liable for the negligent acts of its agents

20   and/or statutory employees.  Defendant, acting through its agents and/or statutory

21   employees, caused an event to occur in the State of Arizona that is the subject of

22   Plaintiff's claims.

23       11.   As a direct and proximate result of Defendants' negligence, Plaintiff was

24   injured and suffered pain, discomfort, anxiety, and loss of enjoyment of normal life

25   activities, all to his damage in a sum in excess of the minimal jurisdictional limits of the

26   Court.

27       12.   As a further direct and proximate result of Defendants' negligence, Plaintiff

28   has incurred expenses for medical care and treatment, medicines, therapy, and other types

BEGAM
MARKS &
TRAULSEN
A PROFESSIONAL
ASSOCIATION

-2-

1   of medical treatment related to his injuries and may incur medical and related expenses

2   in the future.

3       13.   All the damages were directly and proximately caused by the negligence of

4   the Defendants and were incurred without contributory or comparative negligence on the

5   part of Plaintiff.

6       **WHEREFORE,** Plaintiff prays for judgment against Defendants as follows:

7       A.   General Damages to Plaintiff for his losses, including, but not limited to,

8   his past and future pain, suffering, anxiety, discomfort, and loss of enjoyment of life.

9       B.   Special Damages to Plaintiff, including, but not limited to:

10          i)    Past medical expenses;

11          ii)   Future medical expenses;

12      C.   Past loss wages and income;

13      D.   Future lost wages and income;

14      E.   Diminution in future earning capacity;

15      F.   Plaintiff's taxable costs incurred herein;

16      G.   Interest on the judgment for all general damages at the maximum rate

17   allowed by law from the date of any verdict and/or acceptance of judgment in this case

18   until paid.

19                          **<u>JURY DEMAND</u>**

20      Plaintiff hereby demands a trial by jury.

21          DATED this 4th day of February, 2020.

22

23                          **BEGAM   MARKS   &   TRAULSEN,   P.A.**

24

25          By: _s/ Richard P. Traulsen_
             Richard P. Traulsen
26          11201 North Tatum Blvd., Suite 110
             Phoenix, Arizona  85028-6037
27          (602) 254-6071
             _Attorneys for Plaintiff_

28

**BEGAM
MARKS &
TRAULSEN**
A Professional
Association

-3-

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
2/4/2021 1:24:31 PM
Filing ID 12509135

Person/Attorney Filing: Richard P Traulsen
Mailing Address: 11201 North Tatum Blvd., #110
City, State, Zip Code: Phoenix, AZ 85028
Phone Number: (602)254-6071X262
E-Mail Address: rtraulsen@bmt-law.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016050, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Ben M. Khiyar<br>Plaintiff(s),<br>v.<br>Bancroft Tractor Leasing, LLC, et al.<br>Defendant(s). | Case No. **CV2021-050353**<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Richard P Traulsen /s/
Plaintiff/Attorney for Plaintiff

CLERK OF THE
SUPERIOR COURT

For Court Use Only
DOCUMENT DEPOSITORY

21 MAR -5 PM 4:10

CLERK OF THE SUPERIOR COURT
FILED
MAR 05 2021    4:10pm
A. Hatch, Deputy

| Attorney or Party without Attorney:<br>RICHARD P TRAULSEN (#016050)<br>BEGAM, MARKS & TRAULSEN<br>11201 N Tatum Blvd Suite 110<br>Phoenix, AZ 85028<br>Telephone No: | |
|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: KHIYAR 18899 |

Insert name of Court, and Judicial District and Branch Court:
MARICOPA COUNTY SUPERIOR COURT

Plaintiff: BEN M KHIYAR; ET AL.
Defendant: BANCROFT TRACTOR LEASING, LLC; ET AL.

| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2021-050353 |
|---|---|---|---|---|

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION;

3. a. Party served:   BARCROFT TRACTOR LEASING, LLC
   b. Person served:   Ryan Evans, Safety Director

4. Address where the party was served:   3390 High Prairie Rd, Grand Prairie, TX 75050

5. I served the party:
   a. by substituted service.   On: Thu, Feb 25 2021 at: 11:25 AM by leaving the copies with or in the presence of:
                Ryan Evans, Safety Director.

      (ii) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $169.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $179.00

                                        I Declare under penalty of perjury under the laws of the State of
                                        TEXAS that the foregoing is true and correct.

6. Person Executing:
   a. Kim Shaw
   b. FIRST LEGAL
      3737 North 7th, Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

                        2/26/2021                    Kim Shaw
                        _____              _____
                           (Date)                       (Signature)

                        CERTIFICATE OF SERVICE

                                                                5390155 (10430652)

# "EXHIBIT B"

Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Keith D. Collett, Bar #032453
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1745
Fax:  (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
kcollett@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| Ben M. Khiyar, | NO. CV2021-050353 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | **(Tier 3)** |
| Bancroft Tractor Leasing, LLC, a Texas corporation; Rayner Fernandez Vazquez; John Does I-X; and Black and White Corporations I-V, | (Assigned to the Honorable Theodore Campagnolo) |
| Defendants. | |

Defendants, Bancroft Tractor Leasing, LLC and Rayner Fernandez Vazquez by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby notify this Court that they filed a Notice of Removal of this action to the United States District Court for the District of Arizona.  A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

9237367.1

1    DATED this 17th day of March, 2021.

2                                              JONES, SKELTON & HOCHULI, P.L.C.

3

4                                    By /s/ Phillip H. Stanfield
                                        Phillip H. Stanfield
5                                       David L. Stout, Jr.
                                        Keith D. Collett
6                                       40 North Central Avenue, Suite 2700
                                        Phoenix, Arizona  85004
7                                       Attorneys for Defendants

8

9    ORIGINAL of the foregoing electronically filed
     this 17th day of March, 2021.
10
     COPY of the foregoing mailed/e-mailed
11   this 17th day of March, 2021, to:

12   Richard P. Traulsen, Esq.
     BEGAM MARKS & TRAULSEN, PA
13   11201 North Tatum Blvd, Suite 110
     Phoenix, AZ  85028
14   rtaulsen@BMT-law.com

15

16   /s/ Gail Hardin

17

18

19

20

21

22

23

24

25

26

9237367.1                                    2